IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 12-cv-1210-WJM-KMT

UNITED STATES OF AMERICA

      Plaintiff,

v.

$6,240.00 IN UNITED STATES CURRENCY,
APPLE MACBOOK,
APPLE iPHONE,
APPLE iPAD, and
HEWLETT PACKARD LAPTOP

      Defendants.

**ORDER GRANTING MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE**

This matter comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant property, filed August 15, 2012 (ECF No. 17). The Court having reviewed the Motion FINDS as follows:

1. That the United States commenced this action *in rem* pursuant to 18 U.S.C. § 981;

2. That all know interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

3. That after proper notice, neither the known potential claimants, nor any other third party, has filed a Claim or Answer as to defendant property as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

4. That Entry of Default was entered by the Clerk of the Court on August 15, 2012 (ECF No. 16);

5. That based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendants $6,240.00 in United States Currency, Apple MacBook, Apple IPhone, Apple IPad, and Hewlett Packard Laptop, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 981;

6. That the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to defendant property;

7. That the Clerk of Court shall be directed to enter Judgment as to defendants $6,240.00 in United States Currency, Apple MacBook, Apple IPhone, Apple IPad, and Hewlett Packard Laptop;

Based on the foregoing the Court hereby ORDERS as follows:

1. The Government's Motion is GRANTED

2. That default and forfeiture of defendant $6,240.00 in United States Currency, Apple MacBook, Apple IPhone, Apple IPad, and Hewlett Packard Laptop, including all right, title, and interest is hereby ENTERED in favor of the United States pursuant to 18 U.S.C. § 981;

3. That the United States shall have full and legal title as to defendant property and may dispose of said property in accordance with law;

4. That this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant property under 28 U.S.C. § 2465; and

5. That the Clerk of the Court is DIRECTED to enter Judgment as to defendants $6,240.00 in United States Currency, Apple MacBook, Apple IPhone, Apple IPad, and Hewlett Packard Laptop.

Dated this 6th day of November, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge