IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-1210-WJM-KMT

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$6,240.00 IN UNITED STATES CURRENCY,
APPLE MACBOOK,
APPLE iPHONE,
APPLE iPAD, and
HEWLETT PACKARD LAPTOP,

     Defendants.
_____

## DEFAULT JUDGMENT
_____

     Pursuant to and in accordance with Fed. R. Civ. P. 55(b) and the Final Order of Forfeiture entered by the Honorable William J. Martínez, U.S. District Judge, the following DEFAULT JUDGMENT is hereby entered:

     1. The United States' Motion for Default and Final Order of Forfeiture as to defendant property, filed August 15, 2012 (ECF No. 17). is GRANTED.

     2. Default and forfeiture of defendant $6,240.00 in United States Currency, Apple MacBook, Apple IPhone, Apple IPad, and Hewlett Packard Laptop, including all right, title, and interest is hereby ENTERED in favor of the United States pursuant to 18 U.S.C. § 981.

     3.    The United States may dispose of the above-described forfeited property in accordance with law.

4.      The Court's Order of November 5, 2012 constitutes a Certificate of

Reasonable Cause pursuant to 28 U.S.C. § 2465 as to all of defendant property.


DATED at Denver, Colorado this 6th day of November, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By: s/ Edward P. Butler
Edward P. Butler
Deputy Clerk